-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LOUISE K. NOLLEY,

        Plaintiff,

        -v-

THE COUNTY OF ERIE, et al.,

        Defendants.

DECISION AND ORDER
13-CV-0989S

---

        On June 17, 2014, the Court entered an Order, which, *inter alia*, directed the Clerk of the Court to amend the caption of this action to add as Defendants Lt. Botello and Sgt. Dee, employees at the Erie County Holding Center, who allegedly had Plaintiff placed in administrative segregation. Plaintiff had referred to these two individuals in the body of the Complaint but had not identified them as Defendants in the caption of her Complaint. (Dkt. # 3, at 17.) The Clerk's Office has added these two Defendants to the caption of this action and, accordingly, pursuant to 28 U.S.C. § 1915(d), the Clerk of the Court is directed to cause the United States Marshals Service to serve the Summons, Complaint, this Order and the Order filed June 17, 2014 (Dkt. # 3) on Defendants Lt. Botello and Sgt. Dee at the Erie County Holding Center without Plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in Plaintiff's favor.

        SO ORDERED.

Dated: October 23, 2014
       Rochester, New York

                                             _____
                                             HON. FRANK P. GERACI, JR.
                                             United States District Judge