UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LOUISE K. NOLLEY

               Plaintiff,

vs

MARGARET LAWSON, Buffalo Police Officer
Individual and Official Capacity;
SGT. FRANKLIN,
Individual and Official Capacity;
SANDRA BROWN, Buffalo Police Officer,
Individual and Official Capacity;
DEPUTY D. MILLER
Individual and Official Capacity;
DEPUTY STEVENS,
Individual and Official Capacity;
SGT. ROBERT DEE,
Individual and Official Capacity;
LT. CESAR BOTELLO,
Individual and Official Capacity;

               Defendants.

---

**STIPULATION OF VOLUNTARY DISMISSAL**

Civil Docket No. 13-CV-0989S

PURSUANT TO RULE 41(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the Plaintiff, LOUISE K. NOLLEY, Defendants and their attorney, THOMAS J. NAVARRO, Assistant County Attorney, for the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that all of Plaintiff's claims and causes of action are hereby discontinued as against all Defendants, with prejudice, on the

merits, without costs to any party as against the other.

DATED:   Buffalo, New York
         January 20, 2015

By _____
LOUISE K. NOLLEY
Plaintiff
52 Marne Road
Cheektowaga, New York  14215

MICHAEL A. SIRAGUSA, ESQ.
Erie County Attorney

By _____
THOMAS J. NAVARRO, Assistant County
Attorney, of Counsel
Attorney for Defendants Franklin, Miller,
Stevens, Dee and Botello
95 Franklin Street, Room 1634
Buffalo, New York 14202